Submitted January 3, reversed January 29, 2020

In the Matter of C. A. A., aka A. C. A.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

C. A. A.,
aka A. C. A.,
*Appellant.*

Douglas County Circuit Court
19CC04190; A171994

456 P3d 688

Ann Marie Simmons, Judge.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Philip Thoennes, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Egan, Chief Judge, and Powers, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant seeks reversal of a judgment committing him to the custody of the Mental Health Division for a period not to exceed 180 days and an order prohibiting him from purchasing or possessing firearms. ORS 426.130. He contends that the trial court plainly erred by not advising him of his rights as required by ORS 426.100(1). The state concedes that the trial court erred in that regard. We agree and accept the state's concession. *See State v. M. M.*, 288 Or App 111, 115-16, 405 P3d 192 (2017) (failure to advise the appellant of rights and consequences of hearing pursuant to ORS 426.100(1) was plain error). For the reasons stated in *M. M.*, we conclude that it is appropriate to exercise our discretion to correct the error. Consequently, we reverse the judgment and the order.

Reversed.